# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

| | | |
|---|---|---|
| MICHAEL WAGGONER,<br>Reg. #44210-008, | * * * | |
| Petitioner, | * | |
| v. | * | No. 2:23-cv-00206-JJV |
| | * | |
| GARRETT, Warden,<br>FCC – Forrest City, | * * * | |
| Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 15th day of March 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE